# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| THE STATE OF OREGON, by and through the OREGON STATE TREASURER on behalf of the COMMON SCHOOL FUND, the HIGHER EDUCATION ENDOWMENT FUND, and, together with the OREGON PUBLIC EMPLOYEE RETIREMENT BOARD on behalf of the OREGON PUBLIC EMPLOYEE RETIREMENT FUND, <br><br> Plaintiff, <br><br> v. <br><br> BP p.l.c., et al., <br><br> Defendants. | Case No.: 4:12-cv-01836 |
| In re BP p.l.c. Securities Litigation | MDL No. 2185 <br><br> Hon. Keith P. Ellison |

## STIPULATION AND ORDER RE: DISMISSAL OF ACTION

WHEREAS, on December 21, 2012, Defendants in the above-captioned action moved to dismiss Plaintiff the State of Oregon's ("Plaintiff") Complaint;

WHEREAS, on February 15, 2013, this action was stayed (Doc. 58) pending this Court's decision on the issue of personal jurisdiction in *Glenn v. BP p.l.c.*, No. 11-cv-02941;

WHEREAS, on April 12, 2013, this Court dismissed the *Glenn* action for, *inter alia*, lack of personal jurisdiction;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that:

1. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

2. The statute of limitations for claims that were or could have been asserted in this action was not tolled during the time from the filing of Plaintiff's Complaint on April 19, 2012, to the dismissal of this action. This provision shall not impact any tolling that may (or may not) be available as a result of claims asserted in the purported class action entitled *In re BP plc Securities Litigation*, No. 10-md-2185 (S.D. Tex.).

3. All parties shall bear their own costs and fees.

4. Plaintiff does not waive any rights or claims, and, in particular, this stipulation shall have no effect on Plaintiff's rights as a member of a proposed class in *In re BP plc Securities Litigation*, No. 10-md-2185 (S.D. Tex.).

Dated: May 9, 2013

STIPULATED AND AGREED:

*/s/ Julie Reiser*
Gary M. Berne
Scott A. Shorr    *by permission*
Jacob S. Gill
STOLL STOLL BERNE LOKTIN & SHLACHTER P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Tel: (503) 227-1600
Faax: (503) 227-6840
Email: gberne@stollberne.com
sshorr@stollberne.com
jgill@stollberne.com

*/s/ Thomas W. Taylor*
Thomas W. Taylor    *by permission*
S.D. Bar No. 3906
Texas State Bar No. 19723875
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Tel: (713) 220-4200
Fax: (713) 220-4285
Email: ttaylor@andrewskurth.com

| | |
|---|---|
| Frederick M. Boss<br>OREGON DEPARTMENT OF JUSTICE<br>Chief Counsel Civil Enforcement Division<br>1162 Court Street, N.E.<br>Salem, Oregon 97301<br>Telephone: (503) 378-6002<br>Facsimile: (503) 378-4017<br>Email: fred.boss@doj.state.or.us | Daryl A. Libow (pro hac vice)<br>Amanda F. Davidoff (pro hac vice)<br>SULLIVAN & CROMWELL LLP<br>1701 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 956-7500<br>Fax: (202) 956-6330<br>Email: libowd@sullcrom.com<br>       davidoffa@sullcrom.com |
| Steven J. Toll<br>Julie Goldsmith Reiser<br>Joshua M. Kolsky<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, NW #500<br>Washington, D.C. 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>Email: stoll@cohenmilstein.com<br>      jreiser@cohenmilstein.com<br>      jkolsky@cohenmilstein.com | Richard C. Pepperman, II (pro hac vice)<br>Marc De Leeuw (pro hac vice)<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Tel: (212) 558-4000<br>Fax: (212) 291-9113<br>Email: peppermanr@sullcrom.com<br>      deleeuwm@sullcrom.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED.

Signed: May 9, 2013

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE